IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE GOMEZ,

       Petitioner,                      No. CIV S-06-2636 RRB EFB P

    vs.

BOARD OF PRISON TERMS,

       Respondent.                 ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 29, 2007, petitioner requested an extension of time to file and serve a response to respondent's June 7, 2007, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

       Good cause appearing, it is ORDERED that petitioner's June 29, 2007, request is granted and petitioner has 30 days from the date of this order to file an opposition to the motion to dismiss.

DATED: July 11, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE