IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE GOMEZ,

    Petitioner,                   No. CIV S-06-2636 RRB EFB P

    vs.

BOARD OF PRISON TERMS,

    Respondent.                  ORDER

                               /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 29, 2008, petitioner requested an extension of time to file and serve objections to the February 12, 2008, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that petitioner's February 29, 2008, request for extension of time is granted and petitioner shall file and serve objections to the findings and recommendations no later than March 17, 2008.

DATED: March 5, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE